H. R. SMITH, APPELLANT, vs. THE COUNTY OF ORANGE, APPELLEE.

Appeal from Circuit Court Orange county.

*J. M. Cheney*, for Appellant.

*Beggs & Palmer*, for Appellee.

This action was brought by the appellant against the appellee. There was judgment for the defendant, and the plaintiff appeals. The judgment is affirmed.

Decision Per Curiam.

---

JOSEPH H. REDDING, PLAINTIFF IN ERROR, vs. MARY T. TAYLOR, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Madison county.

*H. J. McCall*, for Plaintiff in Error.

*A. H. King*, for Defendant in Error.

This action was brought by the defendant in error against M. W. Linton, as defendant in execution, and Joseph H. Redding, as claimant. There was judgment for the plaintiff, and the claimant takes writ of error.

Writ of error dismissed on præcipe of counsel for plaintiff in error.